**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHRISTOPHER SCOTT CHALK | § | Case No. 16-81081 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 257,625.00           Assets Exempt: 20,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  3,229.88        Claims Discharged
                                                    Without Payment:   773,867.52

Total Expenses of Administration:  2,770.12

---

3) Total gross receipts of $ 6,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 247,000.00 | $ 49,095.45 | $ 49,095.45 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,770.12 | 2,770.12 | 2,770.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,100.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 291,001.00 | 237,996.40 | 237,996.40 | 3,229.88 |
| **TOTAL DISBURSEMENTS** | $ 539,101.00 | $ 289,861.97 | $ 289,861.97 | $ 6,000.00 |

4) This case was originally filed under chapter 7 on 04/29/2016 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2017          By:/s/BERNARD J. NATALE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 Tvs, Stereo, Dvds, With Estimated Retail Value Of $300 | 1129-000 | 135.00 |
| Bed, Dresser, Sofa, Loveseat, Chair, Tv, Vcr, Dvd Player, Co | 1129-000 | 675.00 |
| Bicycle, With Estimated Retail Value Of $300 | 1129-000 | 125.00 |
| Chase | 1129-000 | 2,500.00 |
| Chase | 1129-000 | 1,000.00 |
| Exercise Equipment, With Estimated Retail Value Of $200 | 1129-000 | 100.00 |
| Hand And Power Tools, With Estimated Retail Value Of $300 | 1129-000 | 150.00 |
| Jewelry, With Estimated Retail Value Of $3,000 | 1129-000 | 1,315.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage, P.O. Box 24696 Columbus, OH 43224-0696 | | 128,000.00 | NA | NA | 0.00 |
| | CSC Logic, P.O. Box 1577 Coppell, TX 75019-1577 | | 48,000.00 | NA | NA | 0.00 |
| | Honda Finance, P.O. Box 5308 Elgin, IL 60121-5308 | | 22,000.00 | NA | NA | 0.00 |
| | Nationstar Mortgage, P.O. Box 619094 Dallas, TX 75261-9741 | | 45,000.00 | NA | NA | 0.00 |
| | NCMIC, 14001 University Ave Clive, IA 50325-8258 | | 4,000.00 | NA | NA | 0.00 |
| 3 | Bmo Harris Bank/ Csc Logic | 4110-000 | NA | 49,095.45 | 49,095.45 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 247,000.00 | $ 49,095.45 | $ 49,095.45 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| BERNARD J. NATALE | 2200-000 | NA | 9.83 | 9.83 | 9.83 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 1,348.75 | 1,348.75 | 1,348.75 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 31.54 | 31.54 | 31.54 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,770.12 | $ 2,770.12 | $ 2,770.12 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service, Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19114-0326 | | 1,100.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 1,100.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amazon.com, PO Box 15298 Wilmington, DE 19850-5298 | | 4,700.00 | NA | NA | 0.00 |
| | American Education Services, Payment Center Harrisburg, PA 17130-0001 | | 121,000.00 | NA | NA | 0.00 |
| | BMW Financial Services, c/o Firstsource Advantage, LLC 205 Bryant Woods South Buffalo, NY 14228 | | 0.00 | NA | NA | 0.00 |
| | BMW Financial Services, PO Box 78103 Phoenix, AZ 85062-8103 | | 17,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brice Evans Tax Service, 8106 Forest Hills Road Loves Park, IL 61111 | | 610.00 | NA | NA | 0.00 |
| | Capital One / GM Card, PO Box 30256 Salt Lake City, UT 84130-0256 | | 8,000.00 | NA | NA | 0.00 |
| | Capital One, PO Box 6492 Carol Stream, IL 60197-6492 | | 3,200.00 | NA | NA | 0.00 |
| | Care Credit, PO Box 965061 Orlando, FL 32896-5061 | | 590.00 | NA | NA | 0.00 |
| | Chase Ink, PO Box 15298 Wilmington, DE 19850-5298 | | 5,173.00 | NA | NA | 0.00 |
| | Chase, P.O. Box 6026, Mailcode IL1-0054 Chicago, IL 60680-6026 | | 20,000.00 | NA | NA | 0.00 |
| | Citi Mastercard, PO Box 78045 Phoenix, AZ 85062 | | 1,090.00 | NA | NA | 0.00 |
| | DEG Services, Inc., 1643 Alpine Road Suie 104-256 Rockford, IL 61107 | | 125.00 | NA | NA | 0.00 |
| | Doctors Data, 3755 Illinoiis Ave. Saint Charles, IL 60174 | | 150.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fed Loan, PO Box 69184 Harrisburg, PA 17106-9184 |  | 99,430.00 | NA | NA | 0.00 |
|  | Macys / Dept Stores Nat'l Bank, 701E. 60th St. N. Sioux Falls, SD 57104 |  | 432.00 | NA | NA | 0.00 |
|  | Macys / Dept Stores Nat'l Bank, Collections Dept PO Box 8061 Mason, OH 45040-8061 |  | 0.00 | NA | NA | 0.00 |
|  | New Vision of Illinois, 2929 McFarland Rd Rockford, IL 61107 |  | 166.00 | NA | NA | 0.00 |
|  | OSF Healthcare, 7978 Solution Center Chicago, IL 60677-7009 |  | 165.00 | NA | NA | 0.00 |
|  | PayPal Extras / Synchrony Bank, P.O. Box 960080 Orlando, FL 32896-0080 |  | 8,245.00 | NA | NA | 0.00 |
|  | Peak on the Go, P.O. Box 46 Rochelle, IL 61068 |  | 485.00 | NA | NA | 0.00 |
|  | RKM Services, Incx., 5941 Chandler Drive Rockford, IL 61114 |  | 240.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Weinbert & Company, 1415 E. State Street #608 Rockford, IL 61104 |  | 200.00 | NA | NA | 0.00 |
| 1 | American Education Services | 7100-000 | NA | 123,412.73 | 123,412.73 | 1,674.85 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | NA | 3,248.53 | 3,248.53 | 44.09 |
| 4 | Department Store National Bank | 7100-000 | NA | 478.66 | 478.66 | 6.50 |
| 5 | U.S. Department Of Education | 7100-000 | NA | 110,856.48 | 110,856.48 | 1,504.44 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 291,001.00 | $ 237,996.40 | $ 237,996.40 | $ 3,229.88 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-81081 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CHRISTOPHER SCOTT CHALK | | | | Date Filed (f) or Converted (c): | 04/29/2016 (f) |
| | | | | | 341(a) Meeting Date: | 06/09/2016 |
| For Period Ending: | 05/02/2017 | | | | Claims Bar Date: | 01/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7505 Joy Lane Roscoe Il 61073-0000 Winnebago | 205,000.00 | 205,000.00 | | 0.00 | FA |
| 2. 916 N. Rockton Ave Rockford Il 61101-0000 Winnebago | 46,000.00 | 46,000.00 | | 0.00 | FA |
| 3. 2015 Honda Accord Mileage: 6000 Subject To Security Interest | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 4. Bed, Dresser, Sofa, Loveseat, Chair, Tv, Vcr, Dvd Player, Co | 750.00 | 0.00 | | 675.00 | FA |
| 5. 2 Tvs, Stereo, Dvds, With Estimated Retail Value Of $300 | 150.00 | 0.00 | | 135.00 | FA |
| 6. Exercise Equipment, With Estimated Retail Value Of $200 | 100.00 | 0.00 | | 100.00 | FA |
| 7. Bicycle, With Estimated Retail Value Of $300 | 150.00 | 0.00 | | 125.00 | FA |
| 8. Debtor's Clothing, With Estimated Retail Value Of $700 | 300.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry, With Estimated Retail Value Of $3,000 | 1,500.00 | 0.00 | | 1,315.00 | FA |
| 10. Cell Phone, With Estimated Retail Value Of $50 | 25.00 | 0.00 | | 0.00 | FA |
| 11. Hand And Power Tools, With Estimated Retail Value Of $300 | 150.00 | 0.00 | | 150.00 | FA |
| 12. Lawnmower, With Estimated Retail Value Of $200 | 100.00 | 0.00 | | 0.00 | FA |
| 13. Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 14. Chase | 3,500.00 | 0.00 | | 0.00 | FA |
| 15. Chase | 2,500.00 | 0.00 | | 2,500.00 | FA |
| 16. Chase | 1,000.00 | 0.00 | | 1,000.00 | FA |
| 17. Harris Bank | 100.00 | 0.00 | | 0.00 | FA |
| 18. Christopher Chalk, Sc | 0.00 | 0.00 | | 0.00 | FA |
| 19. Ira | 1,500.00 | 0.00 | | 0.00 | FA |
| 20. Life Insurance With Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| 21. $9,000.00 (Owed To Professional Corporation) | 0.00 | 0.00 | | 0.00 | FA |
| 22. Desk, Massage Bed, 2 Computers, Filing Cabinet (Owned By Pro | 1,500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

| | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $284,425.00 | $271,000.00 | $6,000.00 | $0.00 |
| | | | (Total Dollar Amount in Column 6) | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/31/2017     Current Projected Date of Final Report (TFR): 07/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-81081 | Trustee Name: BERNARD J. NATALE |
| Case Name: CHRISTOPHER SCOTT CHALK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8681 |
| | Checking |
| Taxpayer ID No: XX-XXX4212 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 05/02/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/16 | | Christopher Chalk<br>7505 Joy Lane<br>Roscoe, IL 61073 | Compromise<br>Non-exempt assets | | $6,000.00 | | $6,000.00 |
| | | | Gross Receipts    $6,000.00 | | | | |
| | 4 | | Bed, Dresser, Sofa, Loveseat, Chair, Tv, Vcr, Dvd Player, Co    $675.00 | 1129-000 | | | |
| | 5 | | 2 Tvs, Stereo, Dvds, With Estimated Retail Value Of $300    $135.00 | 1129-000 | | | |
| | 6 | | Exercise Equipment, With Estimated Retail Value Of $200    $100.00 | 1129-000 | | | |
| | 7 | | Bicycle, With Estimated Retail Value Of $300    $125.00 | 1129-000 | | | |
| | 9 | | Jewelry, With Estimated Retail Value Of $3,000    $1,315.00 | 1129-000 | | | |
| | 11 | | Hand And Power Tools, With Estimated Retail Value Of $300    $150.00 | 1129-000 | | | |
| | 15 | | Chase    $2,500.00 | 1129-000 | | | |
| | 16 | | Chase    $1,000.00 | 1129-000 | | | |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,990.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,980.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,970.00 |
| 03/21/17 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $1,359.83 | $4,610.17 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.    ($1,350.00) | 2100-000 | | | |

Page Subtotals:    $6,000.00    $1,389.83

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-81081 | Trustee Name: BERNARD J. NATALE | |
| Case Name: CHRISTOPHER SCOTT CHALK | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8681 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4212 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 05/02/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BERNARD J. NATALE | Trustee Exp ($9.83) | 2200-000 | | | |
| 03/21/17 | 1102 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Distribution | | | $1,380.29 | $3,229.88 |
| | | BERNARD J. NATALE LTD | Attorney Fees ($1,348.75) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses ($31.54) | 3120-000 | | | |
| 03/21/17 | 1103 | American Education Services<br>Po Box 8183<br>Harrisburg, Pa 17105 | Ref #4329 | 7100-000 | | $1,674.85 | $1,555.03 |
| 03/21/17 | 1104 | Capital One Bank (USA), N.A.<br>American InfoSource LP<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Ref #7275 | 7100-000 | | $44.09 | $1,510.94 |
| 03/21/17 | 1105 | Department Store National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Ref #4290/Macys | 7100-000 | | $6.50 | $1,504.44 |
| 03/21/17 | 1106 | U.S. Department Of Education<br>C/O Fedloan Servicing<br>P.O. Box 69184<br>Harrisburg, Pa 17106-9184 | Ref #4329 | 7100-000 | | $1,504.44 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,000.00 | $6,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,000.00 | $6,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $6,000.00 |

Page Subtotals:    $0.00    $4,610.17

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8681 - Checking | $6,000.00 | $6,000.00 | $0.00 |
|  | $6,000.00 | $6,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,000.00 |
| Total Gross Receipts: | $6,000.00 |

Page Subtotals:        $0.00        $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*